In the Matter of the Probate of the Will of THEODORE MEIER, Deceased.

HERMAN J. MEYERS, Appellant; ANNIE MEIER, Respondent.

(Argued October 9, 1928; decided October 23, 1928.)

*Andrew F. Van Thun, Jr.,* and *Frank A. Kister* for appellant.

*Robert P. Schur* and *Hugo Wintner* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.